No. 97–8388 (A–705). IN RE JONES. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 97–969. IN RE SAI;
No. 97–7512. IN RE ALSTON; and
No. 97–7542. IN RE PATZLAFF. Petitions for writs of mandamus denied.

No. 97–7731. IN RE JOHNSON. Petition for writ of mandamus and/or prohibition denied.

No. 97–8401 (A–708). IN RE JONES. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of mandamus and/or prohibition denied.

No. 97–7572. IN RE SPRINGER. Petition for writ of prohibition denied.

No. 97–1056. MARQUEZ v. SCREEN ACTORS GUILD, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 96–1570. NYNEX CORP. ET AL. v. DISCON, INC. C. A. 2d Cir. Motions of Association of the Bar of the City of New York and Consumer Electronics Manufacturers Association for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 97–7597. KNOWLES v. IOWA. Sup. Ct. Iowa. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 97–7213. MOSLEY v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 97–872. ROBERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.